UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RE: HABIB BILFAQI | ) | Case No: 12 B 24756 |
| SIDDHI SHAH | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge    JANET S BAER |

ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtor on <u>Jun 20, 2012,</u> [as modified by the amendment filed on _____,] having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

All property of the estate, as specified in 11 U.S.C. §§ 541 and 1306, will continue to be property of the estate following confirmation, unless (1) the plan provides for surrender of the property, or (2) the property is sold pursuant to the plan or court order.

ENTER:

_____
Judge

Dated: **11 OCT 2012**